# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| FREDIS ANTONIO HERNANDEZ, *on behalf of himself and all similarly situated individuals*,<br><br>    Plaintiff,<br><br>v.<br><br>DYCK-O'NEAL, INC.,<br><br>    Defendant. | Civil Action No. 1:23-cv-1029-AJT-IDD |

## PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT

Plaintiff Fredis Antonio Hernandez, on behalf of himself and the Settlement Class Members, and under Fed. R. Civ. P. 23, hereby moves the Court for preliminary approval of the class action settlement for the reasons outlined in his contemporaneously filed memorandum of law. The proposed Settlement Agreement (which includes a proposed preliminary approval order) is attached as Exhibit 1.

              Respectfully submitted,

              **FREDIS ANTONIO HERNANDEZ**

               */s/ Kristi C. Kelly*
              Kristi C. Kelly, VSB #72791
              Casey S. Nash, VSB #84261
              J. Patrick McNichol, VSB #92699
              Matthew G. Rosendahl, VSB #93738
              KELLY GUZZO, PLC
              3925 Chain Bridge, Suite 202
              Fairfax, VA 22030
              Telephone: (703) 424-7572
              Facsimile: (703) 591-0167
              Email: kkelly@kellyguzzo.com
              Email: casey@kellyguzzo.com

Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*