IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| FREDIS ANTONIO HERNANDEZ, *on behalf of himself and all similarly situated individuals*, <br><br> Plaintiff, <br><br> v. <br><br> DYCK-O'NEAL, INC., <br><br> Defendant. | Civil Action No. 1:23-cv-1029-AJT-IDD |

**MOTION FOR FINAL APPROVAL OF CLASS SETTLEMENT
AND FOR SERVICE AWARD AND ATTORNEYS' FEES**

Plaintiff Fredis Antonio Hernandez ("Plaintiff"), on behalf of himself and the Settlement Class Members, by counsel, under Fed. R. Civ. P. 23, respectfully moves the Court for Final Approval of the Class Action Settlement and for an award of attorneys' fees and a service award for the reasons outlined in the contemporaneously filed memorandum of law.

Respectfully submitted,

**PLAINTIFF**

/s/ Kristi C. Kelly
Kristi Cahoon Kelly, VSB #72791
Casey S. Nash, VSB #84261
J. Patrick McNichol, VSB #92699
Matthew G. Rosendahl, VSB #93738
KELLY GUZZO, PLC
3925 Chain Bridge Road, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7570
Facsimile: (703) 591-0167
Email: kkelly@kellyguzzo.com
Email: casey@kellyguzzo.com
Email: pat@kellyguzzo.com
Email: matt@kellyguzzo.com

1

*Class Counsel*